## WILLIAMS *v.* THE STATE.

FISH, P. J.　Where one convicted of a criminal offense made a motion in arrest of judgment and a motion for a new trial, and insisted upon both motions, it was not error for the judge, over the objection of the movant, to first hear and decide the motion for new trial, though the filing of the motion in arrest was prior to the filing of the motion for new trial. And where under such circumstances a new trial was granted, it was not error to then dismiss the motion in arrest, as the effect of the grant of the new trial was to set aside the judgment.

*Judgment affirmed. All the Justices concur.*

Submitted December 19, 1904. — Decided January 26, 1905.

Conviction of manslaughter. Before Judge Henry. Walker superior court. October 28, 1904.

*R. M. W. Glenn* and *Payne & Payne,* for plaintiff in error.
*Moses Wright, solicitor-general,* contra.